**DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. THOMAS AND ST. JOHN**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>RICHARDSON DANGLEBEN, JR.,<br><br>Defendant. | Case No. 3:23-cr-72-RAM-RM |

## NOTICE

The United States of America, through Delia L. Smith, United States Attorney for the District of the Virgin Islands, and Michael J. Conley, Assistant United States Attorneys, hereby respectfully provides the following notice to the Court:

The United States intends to proceed with either a non-capital trial or plea agreement in this matter and will not seek the death penalty for Richardson Dangleben, Jr. Thus, a special hearing to determine whether a sentence of death is justified pursuant to 18 U.S.C. § 3593(a) is not requested.

Respectfully submitted,

DELIA L. SMITH
UNITED STATES ATTORNEY

Dated: February 7, 2024      By:   *s/ Michael J. Conley*
Michael J. Conley
Assistant U. S. Attorney
United States Attorney's Office
District of the Virgin Islands
5500 Veteran's Drive, Suite 260
St. Thomas, VI 00802
Office: (340) 774-5757

1