# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 3:23-cr-0072 |
| ) | |
| **RICHARDSON DANGLEBEN, JR.,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## ORDER

**THIS MATTER** is before the Court upon the *Ex Parte,* Sealed Motion for Appointment of Learned Counsel Pursuant to 18 U.S.C. § 3005 filed by Defendant Richardson Dangleben, Jr. ("Dangleben"), on February 15, 2025. (ECF No. 126.) Having reviewed the motion and upon due consideration thereof, the Court will grant the motion.

According to Section 3005 of title 18 of the United States Code, in cases where the indictment charges a capital crime, the Court "shall promptly, upon the defendant's request, assign 2 . . . counsel, of whom at least 1 shall be learned in the law applicable to capital cases . . . ." *Id.* The indictment against Dangleben was returned on October 13, 2023. The United States of America, on February 7, 2024, filed a Notice of its decision not to seek the death penalty. *See* ECF No. 27. Recently, the United States filed a motion to stay to allow the Attorney General to review the no-seek decisions rendered during the prior administration. Given the capital nature of the case and Dangleben's motion, the Court is required to appoint learned counsel to assist in Dangleben's defense.

Accordingly, it is hereby

**ORDERED** that Defendant's *Ex Parte,* Sealed Motion for Appointment of Learned Counsel pursuant to 18 U.S.C. § 3005, ECF No. 126, is **GRANTED**; it is further

**ORDERED** that Allison Miller, Esq., is **APPOINTED** as learned counsel to represent Defendant Richardson Dangleben, Jr., on the charges in the above-captioned matter.

**Dated:** February 24, 2025        */s/ Robert A. Molloy*
                                    **ROBERT A. MOLLOY**
                                    **Chief Judge**