## DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RICHARDSON DANGLEBEN, JR.,<br><br>Defendant. | SUPERSEDING INDICTMENT<br><br>Case No. 23-CR-72<br><br>VIOLATIONS:<br>18 U.S.C. § 924(j)(1)<br>18 U.S.C. § 924(c)(1)(A)<br>18 U.S.C. §§ 922(k), 924(a)(1)(B)<br>18 U.S.C. §§ 922(n), 924(a)(1)(D)<br>14 V.I.C. §§ 921, 922(a)(3)<br>14 V.I.C. §§ 331(1), 297(a)(2), 295(1)<br>14 V.I.C. § 2258a(a) |

**THE GRAND JURY CHARGES**:

### COUNT ONE

*(Use of a Firearm During a Crime of Violence Resulting in Death)*

On or about July 4, 2023, in the District of the Virgin Islands, the defendant,

**RICHARDSON DANGLEBEN, JR.,**

did knowingly use, carry, and discharge a firearm, that is, a black rifle, unknown make, unknown model, no visible serial number, during and in relation to crimes of violence and a drug trafficking crime for which he may be prosecuted in a court of the United States, to wit: (1) First Degree Murder, 14 V.I.C. §§ 921 and 922(a)(3), as charged in Count Seven; (2) First Degree Assault, 14 V.I.C. § 295(1), as charged in Count Eight; (3) Third Degree Assault, 14 V.I.C. § 297(a)(2), as charged in Count Nine; and (4) possession with intent to distribute marijuana, 21 U.S.C. § 841(a)(1), and in the course of that violation caused the death of a person through the use of the firearm, which killing is a murder as defined in 18 U.S.C. § 1111.

All in violation of 18 U.S.C. § 924(j)(1).

## COUNT TWO

*(Discharge of a Firearm in Furtherance of a Crime of Violence)*

On or about July 4, 2023, in the District of the Virgin Islands, the defendant,

### RICHARDSON DANGLEBEN, JR.,

did knowingly use, carry, and discharge a firearm, that is, a black rifle, unknown make, unknown model, no visible serial number, during and in relation to crimes of violence for which he may be prosecuted in a court of the United States, to wit: (1) First Degree Murder, 14 V.I.C. §§ 921 and 922(a)(3), as charged in Count Seven; (2) First Degree Assault, 14 V.I.C. § 295(1), as charged in Count Eight; and (3) Third Degree Assault, 14 V.I.C. § 297(a)(2), as charged in Count Nine.

All in violation of 18 U.S.C. § 924(c)(1)(A).

## COUNT THREE

*(Discharge of a Firearm in Furtherance of a Crime of Violence)*

On or about July 4, 2023, in the District of the Virgin Islands, the defendant,

### RICHARDSON DANGLEBEN, JR.,

did knowingly use, carry, and discharge a firearm, that is, a black rifle, unknown make, unknown model, no visible serial number, during and in relation to crimes of violence for which he may be prosecuted in a court of the United States, to wit: (1) Attempted First Degree Murder, 14 V.I.C. §§ 331(1), 921 and 922(a)(3), as charged in Count Ten; (2) First Degree Assault, 14 V.I.C. § 295(1), as charged in Count Eleven; and (3) Third Degree Assault, 14 V.I.C. § 297(a)(2), as charged in Count Twelve.

All in violation of 18 U.S.C. § 924(c)(1)(A).

*United States v. Dangleben, Jr.*
Superseding Indictment
Page 3

## COUNT FOUR

*(Possession of Firearms in Furtherance of a Drug Trafficking Crime)*

On or about July 4, 2023, in the District of the Virgin Islands, the defendant,

**RICHARDSON DANGLEBEN, JR.,**

did knowingly possess firearms, that is, a Star Bonifacio Echeverria, Model PD, .45 caliber handgun, serial number obliterated, and a black rifle, unknown make, unknown model, no visible serial number, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute marijuana, 21 U.S.C. § 841(a)(1).

All in violation of 18 U.S.C. § 924(c)(1)(A).

## COUNT FIVE

*(Possession of a Firearm with an Obliterated Serial Number)*

On or about July 4, 2023, in the District of the Virgin Islands, the defendant,

**RICHARDSON DANGLEBEN, JR.,**

knowingly possessed a firearm, to wit: a Star Bonifacio Echeverria, model PD, 45 caliber handgun, that had been shipped and transported in interstate or foreign commerce, from which the manufacturer or importer's serial number had been removed, altered and obliterated.

All in violation of 18 U.S.C. §§ 922(k) and 924(a)(1)(B).

## COUNT SIX

*(Receipt of a Firearm While Under Indictment for a Crime Punishable by More than One Year Imprisonment)*

Between about February 24, 2023, and July 4, 2023, in the District of the Virgin Islands, the defendant,

**RICHARDSON DANGLEBEN, JR.,**

who was then under indictment for crimes punishable by imprisonment for a term exceeding one year in the Superior Court of the Virgin Islands in Case No. ST-2023-CR-00077, to wit: (1) First Degree Murder, 14 V.I.C. §§ 921 and 922(a)(1); (2) Possession of a Firearm During Commission of First Degree Murder, 14 V.I.C. § 2253(a); (3) Second Degree Murder, 14 V.I.C. §§ 921 and 922(b); (4) Possession of a Firearm During the Commission of Second Degree Murder, 14 V.I.C. § 2253(a); (5) First Degree Assault, 14 V.I.C. § 295(1); (6) Possession of a Firearm During First Degree Assault, 14 V.I.C. § 2253(a); (7) Third Degree Assault, 14 V.I.C. § 297(a)(4); (8) Possession of a Firearm During the Commission of a Third Degree Assault, 14 V.I.C. § 2253(a); (9) Voluntary Manslaughter, 14 V.I.C. § 924(1); (10) Possession of a Firearm During the Commission of a Voluntary Manslaughter, 14 V.I.C. § 2253(a); and (11) Reckless Endangerment in the First Degree, 14 V.I.C. § 625(a), did willfully receive a firearm, that is, a Star Bonifacio Echeverria, Model PD, .45 caliber handgun, serial number obliterated, said firearm having been shipped and transported in interstate or foreign commerce.

All in violation of 18 U.S.C. §§ 922(n) and 924(a)(1)(D).

## COUNT SEVEN

*(First Degree Murder)*

On or about July 4, 2023, in the District of the Virgin Islands, the defendant,

**RICHARDSON DANGLEBEN, JR.,**

unlawfully and with malice aforethought shot and killed a human being who was a law enforcement officer engaged in the performance of his official duties, to wit: defendant shot and killed Delberth Phipps, Jr. a Virgin Islands police detective who was investigating a man walking in "Jah Yard" reported to be carrying what appeared to be a firearm and wearing a bulletproof vest.

All in violation of 14 V.I.C. §§ 921 and 922(a)(3).

## COUNT EIGHT

*(First Degree Assault)*

On or about July 4, 2023, in the District of the Virgin Islands, the defendant,

**RICHARDSON DANGLEBEN, JR.,**

assaulted another with intent to commit murder, to wit: he shot Delberth Phipps, Jr.

All in violation of 14 V.I.C. § 295(1).

## COUNT NINE

*(Third Degree Assault)*

On or about July 4, 2023, in in the District of the Virgin Islands, the defendant,

**RICHARDSON DANGLEBEN, JR.,**

assaulted another with a deadly weapon, to wit: he shot Delberth Phipps, Jr.

All in violation of 14 V.I.C. § 297(a)(2).

## COUNT TEN

*(Attempted First Degree Murder)*

On or about July 4, 2023, in in the District of the Virgin Islands, the defendant,

**RICHARDSON DANGLEBEN, JR.,**

attempted to unlawfully and with malice aforethought shoot and kill a human being who was a law enforcement officer engaged in the performance of his official duties, to wit: defendant fired a rifle at Shahim Skeete, a Virgin Islands police officer who was investigating a man walking in "Jah Yard" reported to be carrying what appeared to be a firearm and wearing a bulletproof vest.

All in violation of 14 V.I.C. §§ 921, 922(a)(3) and 331(1).

## COUNT ELEVEN

*(First Degree Assault)*

On or about July 4, 2023, in in the District of the Virgin Islands, the defendant,

**RICHARDSON DANGLEBEN, JR.,**

assaulted another with intent to commit murder, to wit: he fired a rifle at Shahim Skeete.

All in violation of 14 V.I.C. § 295(1).

## COUNT TWELVE

*(Third Degree Assault)*

On or about July 4, 2023, in in the District of the Virgin Islands, the defendant,

**RICHARDSON DANGLEBEN, JR.,**

assaulted another with a deadly weapon, to wit: he fired a rifle at Shahim Skeete.

All in violation of 14 V.I.C. § 297(a)(2).

## COUNT THIRTEEN

*(Wearing Body Armor During the Commission of a Violent Crime)*

On or about July 4, 2023, in in the District of the Virgin Islands, the defendant,

**RICHARDSON DANGLEBEN, JR.,**

wore body armor during the course of committing violent crimes, to wit: (1) First Degree Murder, 14 V.I.C. §§ 921 and 922(a)(3), as charged in Count Seven; (2) First Degree Assault, 14 V.I.C. § 295(1), as charged in Count Eight; (3) Third Degree Assault, 14 V.I.C. § 297(a)(2), as charged in Count Nine; (4) Attempted First Degree Murder, V14 V.I.C. §§ 331(1), 921 and 922(a)(3), as charged in Count Ten; (5) First Degree Assault, 14 V.I.C. § 295(1), as charged in Count Eleven; and (6) Third Degree Assault, 14 V.I.C. § 297(a)(2), as charged in Count Twelve.

All in violation of 14 V.I.C. § 2258a(a).

# NOTICE OF SPECIAL FINDINGS PURSUANT TO TITLE 18, UNITED STATES CODE, SECTIONS 3591 AND 3592

### (Count 1)

**The Grand Jury Further Finds:**

As to Count One of this Indictment, the defendant Richardson Dangleben, Jr.:

    a. was 18 years of age or older at the time of the offense;

    b. intentionally killed the victim (18 U.S.C. § 3591(a)(2)(A));

    c. intentionally inflicted serious bodily injury that resulted in death of the victim (18 U.S.C. § 3591(a)(2)(B));

    d. intentionally participated in an act, contemplating that the life of a person would be taken and intending that lethal force would be used in connection with a person, other than the participant in the offense, and the victim died as a direct result of the act (18 U.S.C. § 3591(a)(2)(C));

    e. intentionally and specifically engaged in an act of violence, knowing that the act created a grave risk of death to a person, other than the participant in the offense, such that participation in the act constituted a reckless disregard for human life and the victim died as a direct result of the act (18 U.S.C. § 3591(a)(2)(D));

    f. in the commission of the offense, or in escaping apprehension for the violation of the offense, knowingly created a grave risk of death to one or more persons in addition to the victim of the offense (18 U.S.C. § 3592(c)(5)); and

    g. intentionally killed or attempted to kill more than one person in a single criminal episode (18 U.S.C. § 3592(c)(16)).

All pursuant to Title 18, United States Code, Sections 3591 and 3592.

### NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE

1. The allegations contained in Counts One through Thirteen of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 924(d) and 28, U.S.C. § 2461(c).

2. Upon conviction of one or more of the offenses alleged in Counts One through Thirteen of this Indictment, defendant,

### RICHARDSON DANGLEBEN JR.

shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in the commission of the offense(s), including but not limited to the following: (1) One black rifle, unknown make, unknown model, no visible serial number; and (2) One Star Bonifacio Echeverria, model PD, .45 caliber handgun, serial number obliterated. If any of the property described above, as a result of any act or omission of the defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28, U.S.C. § 2461 (c).

All pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

*United States v. Dangleben, Jr.*
Superseding Indictment
Page 10

Dated: April 16, 2025

                         **ADAM F. SLEEPER**
                         **ACTING UNITED STATES ATTORNEY**

                         _____
                         Michael J. Conley
                         Assistant United States Attorney
                         District of the Virgin Islands
                         5500 Veterans Drive, Suite 260
                         St. Thomas, VI 00802
                         Michael.Conley@usdoj.gov
                         Office: (340) 774-5757

       DISTRICT COURT OF THE VIRGIN ISLANDS: Returned a True Bill into the District Court, District Court of the Virgin Islands, on this 16th day of April 2025, by Grand Jurors and filed.

                         _____
                         **HONORABLE ALAN TEAGUE**
                         United States Magistrate Judge
                         District of the Virgin Islands